**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

|  |  |
|---|---|
| ALEXANDER GUIEL IPINA MORALES,<br><br>          Petitioner,<br><br>      v.<br><br>SECRETARY OF HOMELAND SECURITY, et al.,<br><br>          Respondents. | Case No. 5:26-cv-01960-SP<br><br>**JUDGMENT** |

Pursuant to the Memorandum Opinion and Order filed contemporaneously with the filing of this Judgment,

IT IS HEREBY ADJUDGED that the Petition is granted.

Dated: June 12, 2026

_____
SHERI PYM
United States Magistrate Judge